■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS NICHOLS, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered on or about October 4, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Saxe, Moskowitz and DeGrasse, JJ.